**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-60167-CIV-SMITH**

ACCELERANT SPECIALTY
INSURANCE COMPANY, AND
TEXAS INSURANCE COMPANY,

Plaintiffs,

v.

CARPE DIEM III, LLC, and
M&T BANK CORPORATION,

Defendants.
_________________________________/

**ORDER AFFIRMING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This matter is before the Court on the Report and Recommendation (the "Report") [DE 129] of Magistrate Judge Patrick M. Hunt on Plaintiffs, Accelerant Specialty Insurance Company and Texas Insurance Company ("Plaintiffs"), Motion for Bill of Costs (the "Motion") [DE 125]. After granting Plaintiffs' Motion for Summary Judgment [DE 113], the Court entered Final Judgment in Plaintiffs' favor and against Defendants Carpe Diem III, LLC ("Carpe Diem"), and M&T Bank Corporation ("M&T Bank") (collectively, "Defendants"). (DE 120.) The Final Judgment declared the policy void from its inception and directed Plaintiffs to refund Carpe Diem's $33,017.00 premium, subject to a setoff for any fees, expenses, or costs awarded. (*Id.*)

Plaintiffs then moved for taxable costs against Defendants. (DE 125.) Defendants did not respond. On October 8, 2026, Magistrate Judge Hunt issued his Report, recommending that the Court grant the Motion and award $15,754.10 in taxable costs, to be set off against the premium refund, resulting in a net payment of $17,262.90 to Carpe Diem. *See* (DE 129.) Neither party objected to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Because no party has objected to any portion of the Report, the Court has reviewed the Report for clear error. Finding no clear error, the Court agrees with Judge Hunt's well-reasoned analysis and conclusion that Plaintiffs' Motion [DE 125] should be granted. Accordingly, it is

**ORDERED**

1. The Report [DE 129] is **AFFIRMED AND ADOPTED**.
2. Plaintiffs' Motion [DE 125] is **GRANTED**. Plaintiffs Accelerant Specialty Insurance Company and Texas Insurance Company are awarded $15,754.10 in taxable costs.
3. The stay imposed in the Final Judgment [DE 120] on Plaintiffs' obligation to refund the policy premium is **LIFTED**. Pursuant to the Final Judgment, the $15,754.10 costs award shall be set off against the $33,017.00 premium refund owed to Defendant Carpe Diem III, LLC. Plaintiffs shall pay Carpe Diem III, LLC the remaining premium refund of $17,262.90.
4. This case remains **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 9th day of November, 2026.

cc: counsel of record

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**